UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 13
Miriam L. Freilich,                                 :   Case No. 24-23077 (CGM)
                                                    :
                    Debtor(s).                      :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION

Debtor, Miriam L. Freilich, hereby withdraws here Motion to reopen this matter that is returnable April 9, 2025. The Court already denied her motion to shorten time and now this matter is moot. The basis of the Motion was to file an adversary complaint against a Creditor but that claim / lien is now closed out. Accordingly, she withdraws her Motion.

Dated: April 1, 2025

*David M Schlachter*

_____

David M. Schlachter